UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| United States of America,  )<br>  )<br>        *Plaintiff*,  )<br>v.  )<br>  )<br>Mario Ochoa-Gonzalez,  )<br>  )<br>        *Defendant*.  ) | Case No. CR 3-12-70293 Mag<br><br>STIPULATED ORDER EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT<br><br>**FILED**<br>APR 9 2012<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

For the reasons stated by the parties on the record on __4/9__, 2012, the Court excludes time under the Speedy Trial Act from __4/9__, 2012 to __5/15__, 2012 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
*See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

and good cause for excluding time for preliminary hearing under Rule 5.1.

**IT IS SO ORDERED.**

DATED: 4/9/12

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _____   _____ 4/9/12
                 Attorney for Defendant        Assistant United States Attorney